10-3017-pr
Gainey v. Conway

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of February, two thousand twelve.

PRESENT: RICHARD C. WESLEY,
RAYMOND J. LOHIER, JR.,
            *Circuit Judges*,
LEE H. ROSENTHAL,[1]
            *District Judge.*

_____

LAVIONE GAINEY,

                    *Petitioner-Appellant*,

        -v.-                              10-3017-pr

JAMES T. CONWAY,

                    *Respondent-Appellee.*

_____

----

[1] Judge Lee H. Rosenthal, of the United States District Court for the Southern District of Texas, sitting by designation.

FOR APPELLANT:     SALLY WASSERMAN, New York, NY.

FOR APPELLEE:      PAUL B. LYONS, Assistant Attorney General
                   (Barbara D. Underwood, Solicitor General,
                   Roseann B. MacKechnie, Deputy Solicitor
                   General for Criminal Matters, *on the
                   brief*), *for* Eric T. Schneiderman,
                   Attorney General of the State of New
                   York, New York, NY.

Appeal from the United States District Court for the Western District of New York (Telesca, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

Lavione Gainey ("Appellant") appeals from a final judgment of the United States District Court for the Western District of New York (Telesca, *J.*), which denied his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This Court granted a certificate of appealability on the issue of whether statements made by the prosecutor during summation deprived Appellant of a fair trial.  We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

This Court reviews a district court's decision to grant or deny a petition for a writ of habeas corpus de novo. *Anderson v. Miller*, 346 F.3d 315, 324 (2d. Cir. 2003).

For substantially the same reasons stated by the

2

district court in its decision, we hold that the district court properly denied Appellant's petition for a writ of habeas corpus.  New York Criminal Procedure Law ("C.P.L") § 470.05(2)(New York's "contemporaneous objection" rule) is an adequate and independent state law ground to bar review of Appellant's constitutional claim.  *See Whitley v. Ercole*, 642 F.3d 278, 286-87 (2d Cir. 2011).  Although a habeas court may still consider the merits of a procedurally barred claim if the petitioner demonstrates cause for his default and actual prejudice attributable to the default, *see Coleman v. Thompson*, 501 U.S. 722, 750 (1991), Appellant has failed to show either in this case.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk